

# Fourth Court of Appeals
## San Antonio, Texas

April 28, 2020

No. 04-20-00083-CV

Perla Ines **GUTIERREZ**,
Appellant

v.

Ruben Oscar **GUTIERREZ**,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2018FLA000140-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

## O R D E R

On April 23, 2020, the court reporter responsible for filing the reporter's record in this case notified the court that the record was not filed because appellant had failed to pay or make arrangements to pay the reporter's fee. On April 23, 2020, we ordered appellant to provide written proof that either: (1) the court reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. On April 28, 2020, appellant filed a receipt showing she had paid the court reporter's fee. Accordingly, we **ORDER** the court reporter to file the reporter's record in this case **by May 28, 2020**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of April, 2020.

_____
Michael A. Cruz,
Clerk of Court